IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| BRIDGET NAMONDO MBOME,<br><br>                Plaintiff,<br><br>        v.<br><br>HENRY NJIE, EMILIA NJIE, and MARY MBELLA,<br><br>                Defendants. | CIVIL ACTION NO. 4:18-cv-00597-P |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Bridget Mbome and Defendants Henry Njie, Emilia Njie, and Mary Mbella (collectively, "the Parties") hereby file this Joint Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1. On July 20, 2018, Plaintiff filed her Complaint alleging causes of action against Defendants for trafficking (Counts 1-5 and Count 7), violation of the Fair Labor Standards Act (Count 6), fraud (Count 8), theft of services (Count 9), breach of implied contract (Count 10), and quantum meruit (Count 11). ECF No. 1.

2. On March 2, 2020, the Parties attended a JAMS mediation session in Dallas, Texas. At the conclusion of the session, the Parties reached agreement in principle on settlement of their dispute.

3. Pursuant to the Parties' settlement, the Parties have agreed to dismissal of all claims in this action. This dismissal is with prejudice for all claims except for Plaintiff's Fair Labor Standards Act claim (Count 6), which is dismissed without prejudice.

4. Each Party shall bear his or her own costs, expenses, and attorneys' fees.

Dated: March 17, 2020

                        Respectfully submitted,

By:/s/ *Matthew V. Lloyd*
Matthew V. Lloyd (TX Bar No. 24083404)
mvlloyd@akingump.com
Akin Gump Strauss Hauer & Feld LLP
2300 N. Field Street, Suite 1800
Dallas, TX 75201
Telephone: 214-969-2800
Facsimile: 214-969-4343

Corey W. Roush (DC Bar No. 466337)
Melissa D. Whitaker (DC Bar No. 1028815)
(Admitted *Pro Hac Vice*)
croush@akingump.com
mwhitaker@akingump.com
Akin Gump Strauss Hauer & Feld LLP
2001 K Street N.W.
Washington, D.C. 20006
Telephone: 202-887-4000
Facsimile: 202-887-4288

Courtney L. Stahl (TX Bar No. 24088463)
cstahl@akingump.com
Akin Gump Strauss Hauer & Feld LLP
1111 Louisiana Street, 44th Floor
Houston, TX 77002
Telephone: 713-220-5800
Facsimile: 713-236-0822

***Attorneys for Plaintiff Bridget Namondo Mbome***

## CERTIFICATE OF CONFERENCE

Pursuant to Northern District of Texas LR 7.1, I hereby certify that I conferred with Defendants Emilia Njie and Mary Mbella and with Counsel for Defendant Henry Njie regarding this Joint Stipulation of Dismissal, and that each is unopposed to the relief sought herein.

/s/ *Matthew V. Lloyd*
Matthew V. Lloyd

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of March, 2020, I served all Parties of record in accordance with the Federal Rules of Civil Procedure 5(b)(2).

/s/ *Matthew V. Lloyd*
Matthew V. Lloyd

**AGREED:**

*[signature]*

Matthew V. Lloyd (TX Bar No. 24083404)
mvlloyd@akingump.com
Akin Gump Strauss Hauer & Feld LLP
2300 N. Field Street, Suite 1800
Dallas, TX 75201
Telephone: 214-969-2800
Facsimile: 214-969-4343

Corey W. Roush (DC Bar No. 466337)
Melissa D. Whitaker (DC Bar No. 1028815)
(Admitted *Pro Hac Vice*)
croush@akingump.com
mwhitaker@akingump.com
Akin Gump Strauss Hauer & Feld LLP
2001 K Street N.W.
Washington, D.C. 20006
Telephone: 202-887-4000
Facsimile: 202-887-4288

Courtney L. Stahl (TX Bar No. 24088463)
cstahl@akingump.com
Akin Gump Strauss Hauer & Feld LLP
1111 Louisiana Street, 44th Floor
Houston, TX 77002
Telephone: 713-220-5800
Facsimile: 713-236-0822

***Attorneys for Plaintiff Bridget Namondo Mbome***

*[signature]*

Daniel W. Ray (TX Bar No. 24046685)
Abigail K. Sullivan (TX Bar No. 24077300)
daniel@scottraylaw.com
abigail@scottrraylaw.com
Scott, Ray & Sullivan, PLLC
2608 Stonewall Street
P.O. Box 1353
Greenville, Texas 75401
Telephone: 903-454-0044
Facsimile: 903-454-1514

***Attorneys for Defendant Henry Njie***

_____
Emilia Njie
5103 Timber Cove Court
Arlington, TX 75052

***Pro Se Defendant***

_____
Mary Mbella
5103 Timber Cove Court
Arlington, TX 75052

***Pro Se Defendant***

**AGREED:**

Matthew V. Lloyd (TX Bar No. 24083404)
mvlloyd@akingump.com
Akin Gump Strauss Hauer & Feld LLP
2300 N. Field Street, Suite 1800
Dallas, TX 75201
Telephone: 214-969-2800
Facsimile: 214-969-4343

Corey W. Roush (DC Bar No. 466337)
Melissa D. Whitaker (DC Bar No. 1028815)
(Admitted *Pro Hac Vice*)
croush@akingump.com
mwhitaker@akingump.com
Akin Gump Strauss Hauer & Feld LLP
2001 K Street N.W.
Washington, D.C. 20006
Telephone: 202-887-4000
Facsimile: 202-887-4288

Courtney L. Stahl (TX Bar No. 24088463)
cstahl@akingump.com
Akin Gump Strauss Hauer & Feld LLP
1111 Louisiana Street, 44th Floor
Houston, TX 77002
Telephone: 713-220-5800
Facsimile: 713-236-0822

*Attorneys for Plaintiff Bridget Namondo Mbome*

Daniel W. Ray (TX Bar No. 24046685)
Abigail K. Sullivan (TX Bar No. 24077300)
daniel@scottraylaw.com
abigail@scottrraylaw.com
Scott, Ray & Sullivan, PLLC
2608 Stonewall Street
P.O. Box 1353
Greenville, Texas 75401
Telephone: 903-454-0044
Facsimile: 903-454-1514

*Attorneys for Defendant Henry Njie*

/s/ Emilia Njie
Emilia Njie
5103 Timber Cove Court
Arlington, TX 75052

*Pro Se Defendant*

/s/ Mary Ndely
Mary Mbella
5103 Timber Cove Court
Arlington, TX 75052

*Pro Se Defendant*

4